[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 15, 2005
THOMAS K. KAHN
CLERK

No. 05-11282
Non-Argument Calendar

_____

D. C. Docket No. 04-00097-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD ANTHONY FECTHER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 15, 2005)

Before ANDERSON, WILSON and PRYOR, Circuit Judges

PER CURIAM:

Court-appointed counsel for Richard Anthony Fechter seeks to withdraw on

appeal pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination reveals no arguable issues of merit on which to base an appeal, counsel's motion to withdraw is **GRANTED**, and Fechter's convictions and sentence are **AFFIRMED**.